PROB 12
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 99CR00051-001 (SLR) |
| ) | |
| Arnold Tucker, ) | |
| ) | |
| Defendant. ) | |

**Petition on Probation and Supervised Release**

COMES NOW Angelica Lopez Probation Officer of the Court presenting an official report upon the conduct and attitude of Arnold Tucker, who was placed on supervision by the Honorable Sue L. Robinson, sitting in the court at Delaware on the 9th day of February 2000, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: The defendant shall provide the probation officer with access to any requested financial information. The defendant shall participate in a drug abuse aftercare program which may include urine testing at the direction and discretion of the probation officer, and The defendant shall participate in a mental health treatment program at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

(See Attached)

**PRAYING THAT THE COURT WILL ORDER** ...a warrant for the arrest of Arnold Tucker, so he may be brought before the Court for a hearing on the alleged violations of his term of supervised release.

ORDER OF COURT

So ordered this ___1st___ day
of ___December___ 2005.

_____
Chief U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on   November 29, 2005

Place   Wilmington, Delaware

Condition #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Evidence A:** Mr. Tucker failed to report for office visits on October 26, 2005, and October 31, 2005.

Condition #8: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Evidence A:** On October 7, 2005, Mr. Tucker reported he purchased cocaine in the Hidden Valley section of Wilmington. The defendant also reported he purchased forty-dollars worth of cocaine, on Raven Turn in Sparrow Run, on October 18, 2005.

Condition #9: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so bu the probation officer.

**Evidence A:** On October 28, 2005, Mr. Tucker reported he ran into a old friend in Rodney Square, Wilmington, Delaware. The defendant advised he was invited by this individual to use crack. He reported accepting the offer.

Special condition #2: The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction and discretion of the probation officer.

**Evidence A:** On October 18, 2005, Mr. Tucker was referred to the SODAT Treatment Center. The defendant has missed scheduled appointments on November 3, 2005, November 10, 2005, November 14, 2005, and November 17, 2005.

Mandatory Condition: The defendant shall refrain from the use of a controlled substance.

| **Evidence A:** | Date | **Specimen ID Number** | **Result** |
|---|---|---|---|
| | October 7, 2005 | C00387858 | Cocaine |
| | October 18, 2005 | C00387753 | Cocaine |

**Evidence B:** Mr. Tucker admitted using crack cocaine on October 16, 2005, and October 28, 2005.