Upon motion of _____ it is ORDERED that a

**Revocation Hearing** is set for ____12/19/05____ * at ____9:00 AM____
                                      Date                        Time

before the    __Honorable Sue L. Robinson, U.S. District Judge__
                              Name of Judicial Officer

__Courtroom #6B, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware__
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____
                              Other Custodial Official

and produced for the hearing.

____December 8, 2005____                    ____[signature]____
         Date                                   Judicial Officer

_____

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.