AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

ARNOLD TUCKER

**WARRANT FOR ARREST**

Case Number:  99-CR-051-001-SLR

*[Stamp: U.S. MARSHALS SERVICE WILMINGTON, DELAWARE RECEIVED 2005 DEC -1 P 12: 50]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ARNOLD TUCKER**
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   x **Probation Violation**   Supervised Release

**charging him or her**   (brief description of offense)

**VIOLATION OF SUPERVISED RELEASE CONDITIONS**

in violation of _____ United States Code, _____

*[Stamp: FILED 2005 DEC 14 AM 8:05 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

**PETER T. DALLEO**
Name of Issuing Officer

**CLERK OF COURT**
Title of Issuing Officer

by: *Francesca Toscano*, Deputy Clerk  12/1/05
Signature of Issuing Officer          Date and Location

Wilmington, Delaware

Bail fixed at  NOT STATED  by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named _____ |
| *Arnold Tucker* |

| DATE RECEIVED 12-1-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-8-05 | William Dave, DUSM | *William Dave* |