January 9, 2006

Dear Sr. Judge Honorable Sue Robinson,
99-cr-51-SLR

I want to first thank you for taken this time to read this letter. I going to attempt to get right to the point.

Your Honor I need your advice/assistance. I believe life is about sacrifices (especially in my circumstance), constructive/positive sacrifices. This is the reason for this letter.

Is it possible for me (Arnold L. Tucker 04212-015) upon my completion of the sentence you imposed (5 months) to go directly to a Level 4 (Work-Release/Half Way House in Seaford Delaware) instead, of going straight to probation. This is a higher security movement and I will still have my probation portion following - (minus 6 months that will be served at work release), leaving me with one year six months of probation.

Your probably wondering why? I'll expain my motive...

- I mentioned earlier, I want to totally relocate to Seaford, Delaware.
- I have two beautiful sons (D███ and A█████ T█████) who live in Seaford
- By transferring to Seaford's work release will allow me;
    a) Shelter
    b) Food
    c) Substance Abuse Counseling
    d) Employment
    e) Pay Fines/Start Savings Account
    f) Establish Relationship with Children

1 of 2

G) Eventually The Opportunity To Re-Orientate To Soceity Using All Of The Above As Assistance.

I'm Not Working On Blind Faith; I Discussed This With My Childrens Mother (Courtney) And Her Response "I Believe This Is The Best For You Arnold".

Your Honor I Know Alot Of People, Alot Of People Know Me, I Get Along With Alot Of People Especially In The Newark, Bear, New Castle And Wilmington Areas. I Am Very Popular (Not Bragging) Some Of My Associations With These People Are Constructive But; Theres Alot Built On Negative Soil - (Meaning Alcohol / Drugs).

Before Closing, I Understand Substance (Drug & Alcohol) Is Every Where (Theres No Running Away From It) But, Allowing Me To Move / Transfer Down State Supplies A Clean Slate For Change And I Want It Very Much.

Yours Truelly,

Arnold L. Tucker
Arnold L. Tucker
Reg. # 04212-015





Sr. Judge Honorable Sue Robinson
United States District Court
J. Caleb Boggs Federal Bld.
844 King Street Fourth Floor
Wilmington, De. 19801

Mr. Arnold L. Tucker
Reg. # 04212-015
Federal Detention Center Phila.
P.O. Box 562
Philadelphia, PA. 19105



Legal Mail