PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 99CR00051-001 (SLR) |
| | ) | |
| Arnold Tucker, | ) | |
| | ) | |
| Defendant. | ) | |

### Petition on Probation and Supervised Release

COMES NOW Angelica Lopez  Probation Officer of the Court presenting an official report upon the conduct and attitude of Arnold Tucker, who was placed on supervision by the Honorable Sue L. Robinson, sitting in the court at Wilmington, Delaware  on the 14th  day of December  2005 , who fixed the period of supervision at two years , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall provide the probation officer with access to any requested financial information.
2) The defendant shall participate in a drug abuse aftercare program which may include urine testing at the direction and discretion of the probation officer.
3) The defendant shall participate in a mental health treatment program at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

(See Attached)

PRAYING THAT THE COURT WILL ORDER ...the issuance of a warrant for the arrest of Arnold Tucker, so he may be brought before the Court for a hearing to determine if he has violated the conditions of supervised release.

FILED

NOV – 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER OF COURT**

So ordered this ____7_____ day

of __December__ 2006.

_____
U. S. Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on        November 7, 2006

Place        Wilmington, Delaware

**Standard Condition #2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Evidence:** Mr. Tucker failed to submit monthly supervision reports for July 2006, August 2006, September 2006, and October 2006.

**Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Evidence:** Mr. Tucker failed to report for scheduled office visits on October 6, 2006.

**Standard Condition #6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Evidence:** On November 6, 2006, the defendant admitted to relocating to a family members residence located in New Castle, Delaware without the approval of the probation officer.

**Standard Condition #7:** The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Standard Condition #8:** The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Standard Condition #9:** The defendant shall not associate with any persons engaged in criminal activity, ans shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Evidence A:** On August 1, 2006, Mr. Tucker admitted that he smoked crack cocaine on or about July 29, 2006.

**Evidence B:** Mr. Tucker tested positive for cocaine on October 13, 2006. Also on this date, Mr. Tucker admitted to admitted to smoking crack cocaine on October 11, 2006, October 12, 2006, and October 13, 2006.

**Evidence C:** On November 6, 2006, Mr. Tucker tested positive for the use of cocaine, and he admitted to smoking crack cocaine on November 5, 2006.

**Special condition:** The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer.

**Evidence A:** On November 3, 2006, Mr. Tucker left the Limen House against staff advice and without the permission of the probation officer. The Limen House is an alcohol or chemical dependency half-way house, and placement there was a part of his aftercare treatment plan.

**Evidence B:** On November 6, 2006, Mr. Tucker admitted to leaving the program against staff advise and without the permission of the probation officer.