AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number:  CR 99-51-1-SLR

ARNOLD TUCKER

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ARNOLD TUCKER

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATION OF SUPERVISED RELEASE

```
FILED
NOV - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ : DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

NOVEMBER 7, 2006   at  WILMINGTON, DE
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 824 KING ST, WILM DE 19801 |

| DATE RECEIVED 11-7-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-7-06 | R. HENDERSON, DUSM | |