IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-51-SLR |
| ARNOLD TUCKER, | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of First Assistant United States Attorney Richard Andrews and enter the appearance of Assistant United States Attorney Ilana Eisenstein as counsel of record for the government in the above-captioned case. Please be advised that Mr. Andrews no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana Eisenstein.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

By:    /s/ Ilana H. Eisenstein
         Ilana H. Eisenstein
         Assistant United States Attorney

Dated: November 13, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 99-51-SLR |
| ARNOLD TUCKER, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on November 13, 2006, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Christopher S. Koyste
Assistant Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

                                                          /s/Jennifer Brown
                                                          Jennifer Brown