AO 245D  (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ARNOLD TUCKER | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 1:99-CR-051-001-SLR<br>USM Number: 04212-015<br><br>Christopher Koyste, Esquire<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) #2, 3, 6, 7, 8, 9, and Special Condition  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 10/2006 |
| Standard Condition #3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 10/06/2006 |
| Standard Condition #6 | The defendant shall notify the probation office at least ten days prior to any change in residence or employment | 11/06/2006 |
| Standard Condition #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician | 11/06/2006 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc Sec No.: 3563 | 11/20/2006<br>Date of Imposition of Judgment |
| Defendant's Date of Birth   1966 | |
| | _/s/ Sue L. Robinson_<br>Signature of Judge |
| Defendant's Residence Address:<br><br>Newark, DE | |
| | The Honorable Sue L. Robinson, Chief U.S. District Judge-Delaware<br>Name and Title of Judge |
| | 11/21/06<br>Date |
| Defendant's Mailing Address:<br><br>same as above | |

AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1 A

DEFENDANT: ARNOLD TUCKER
CASE NUMBER: 1:99-CR-051-001-SLR

Judgment Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Occurred |
|---|---|---|
| Standard Condition #8 | The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. | 11/06/2006 |
| Standard Condition #9 | The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. | 11/06/2006 |
| Special Condition | The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer. | 11/06/2006 |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

---

**DEFENDANT:** ARNOLD TUCKER
**CASE NUMBER:** 1:99-CR-051-001-SLR

Judgment Page 3 of 3

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :**

nine (9) months and the current term of supervision is hereby revoked. No term of supervised release to follow defendant's release from custody

☐ **The court makes the following recommendations to the Bureau of Prisons:**

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ **The defendant shall surrender to the United States Marshal for this district:**

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL